UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER JACOB DE LEON,<br><br>        Plaintiff,<br><br>vs.<br><br>WOFFORD, et al.,<br><br>        Defendants | Case No. 1:15 cv 00179 AWI GSA PC<br><br>ORDER CLOSING CASE IN LIGHT OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>(ECF NO. 11) |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   On July 10, 2015, Plaintiff filed a Notice of Voluntary Dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  No Defendant has been served in this action, and no Defendant has entered an appearance.  A properly signed and filed dismissal under Rule 41(a)(1)(A) automatically terminates a case without the need for a court order.  See Fed. R. Civ. P. 41(a)(1).  Therefore, pursuant to Rule 41(a)(1)(A)(i), this case has terminated due to Plaintiff's notice of voluntary dismissal.

   Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this action in light of Plaintiff's notice of voluntary dismissal without prejudice.

IT IS SO ORDERED.

Dated:   July 14, 2015                                    _____
                                                          SENIOR  DISTRICT  JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28